UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30143-MAP

FRANK R. SAIA, individually and as )
Administrator of the FRANK R. SAIA )
DEFINED BENEFIT PENSION PLAN, )
LIMITED DIVIDEND CORPORATION )
OF WESTFIELD, and CITY VIEW )
COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
vs. )
 )
CITY OF WESTFIELD ZONING BOARD )
MEMBER (John and Jane Does #1-10), )
CITY COUNCIL MEMBERS (John and )
Jane Does #1-10), CHARLES KELLOGG, )
(former Inspector of Buildings of the City), )
DONALD C. YORK (Superintendent of )
Buildings), JAMES BOARDMAN )
(Community Development Director), DAN )
REARDON (Director of Public Health), )
PAUL J. CASEY (Assistant City Solicitor), )
and PETER A. MARTIN (Assistant City )
Solicitor), all Defendants named individually )
and in their official capacity, )
    Defendants

### CERTIFICATE OF CONSULTATION

    The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court that an effort was made to resolve this matter. Attached hereto and marked as Exhibit A is the response of the plaintiff's counsel.

                                        RESPECTFULLY SUBMITTED
                                        THE DEFENDANT
                                        CITY OF WESTFIELD, ET AL.

                                        By_____
                                        Nancy Frankel Pelletier, Esq., of
                                        Robinson Donovan, P.C.
                                        1500 Main Street, Suite 1600
                                        Springfield, Massachusetts 01115
                                        Phone (413) 732-2301  Fax (413) 785-4658
                                        BBO No.: 544402

386612

## CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 20th day of December, 2004, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Stephen V. Saia, Esq., Law Office of Stephen V. Saia, 70 Old art Path Lane, Pembroke, MA 02359.

Subscribed under the penalties of perjury.

_____
Nancy Frankel Pelletier, Esq.

386612

# EXHIBIT A

**Stephen V. Saia, Esq.**
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359
781 826-8401 (t)
617 823-1676 (m)
775 201-8079 (f)
saialaw@earthlink.net

December 19, 2004

**By Fax & First Class Mail**
**Fax #(413) 785-4658**

Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
P.O. Box 15609
Springfield, MA 01115-5609

Re:   *Frank R. Saia, et al. v. City of Westfield, et al.*, CA 04-30143-MAP (D. Mass.),

  **City of Westfield v. Frank R. Saia, et al.**
  **Housing Court/Civil Action No. 00-CV-0501 and 02-CV-0045A**
  **Consolidated Cases**

Dear Ms. Pelletier:

   I apologize for the late response. I was in New York City on Friday and will be in Philadelphia on Monday December 20th. I will agree to stay the matter filed in the United States District Court pending a determination on the motions currently pending in the Housing Court. In exchange, I request that you grant me a 30 day extension to respond to any papers that you file in the United States District Court Action in response to the Complaint.

   On Monday, I will be traveling to Philadelphia on another matter. Please leave a message for me on my cell phone listed above.

                              Sincerely,

                              [signature]
                              Stephen V. Saia

cc:   Frank R. Saia, Esq.