COMMONWEALTH OF MASSACHUSETTS
HOUSING COURT DEPARTMENT OF THE TRIAL COURT

HAMPDEN, SS

WESTERN DIVISION
NO. 00-CV-0501A
and
NO. 02-CV-0045A

CITY OF WESTFIELD, by and )
through its Superintendent of )
Building as Building Commissioner )
and Zoning Enforcement Officer )
and its Health Department, )
    Plaintiff )
)
vs. )
)
FRANK R. SAIA, individually )
and as Administrator of the )
FRANK R. SAIA DEFINED )
BENEFIT PENSION PLAN, )
LIMITED DIVIDEND )
CORPORATION OF WESTFIELD )
CITY VIEW COMMONS )
CONDOMINIUM TRUST, )
DAVID ALLEN and GENE SPEAR, )
    Defendants. )

## ORDER ON MOTION TO TRANSFER TO LAND COURT

This cause is before the Court on Defendants' Motion To Transfer to Land Court and Petition for Judicial Determination of Validity of Zoning Ordinance. Oral argument was presented on April 5, 2004.

After consideration, the motion is Denied. The Housing Court has jurisdiction, and is an appropriate forum, to hear and determine disputes, such as this one, arising under G.L. c. 40A, the Zoning Act, the State Building Code and the State Sanitary Code. The Housing Court may issue declaratory judgments regarding those subjects as are within its jurisdiction.

Dated this 27th day of April, 2004.

_____
William H. Abrashkin
First Justice
Hampden County Housing Court