○ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

| FRANK SAIA | **NOTICE** |
|---|---|
| V. | |
| CITY OF WESTFIELD | CASE NUMBER:   04-30143 |

TYPE OF CASE:

**CIVIL**          **CRIMINAL**

x   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. District Court | Courtroom 1 before Michael A. Ponsor, USDJ |
| 1550 Main Street | DATE AND TIME |
| Springfield, MA | March 22, 2005 at   2:30 p.m. |

TYPE OF PROCEEDING

MOTION HEARING RE:    Motion for Stay

☐   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

WILLIAM RUANE, ACTING CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/20/05
DATE                                                                (BY) DEPUTY CLERK

TO: