UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30143-MAP

| | |
|---|---|
| FRANK R. SAIA, individually and as Administrator of the FRANK R. SAIA DEFINED BENEFIT PENSION PLAN, LIMITED DIVIDEND CORPORATION OF WESTFIELD, and CITY VIEW COMMONS CONDOMINIUM TRUST,<br>            Plaintiffs<br>vs.<br><br>CITY OF WESTFIELD ZONING BOARD MEMBER (John and Jane Does #1-10), CITY COUNCIL MEMBERS (John and Jane Does #1-10), CHARLES KELLOGG, (former Inspector of Buildings of the City), DONALD C. YORK (Superintendent of Buildings), JAMES BOARDMAN (Community Development Director), DAN REARDON (Director of Public Health), PAUL J. CASEY (Assistant City Solicitor), and PETER A. MARTIN (Assistant City Solicitor), all Defendants named individually and in their official capacity,<br>            Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

     Please enter my appearance on behalf of the defendants, CHARLES KELLOGG, DONALD C. YORK, JAMES BOARDMAN, DAN REARDON, PAUL J. CASEY AND PETER A. MARTIN, in the above-captioned matter.

                                                                             THE DEFENDANTS
                                                                             CHARLES KELLOGG, DONALD C. YORK, JAMES BOARDMAN, DAN REARDON, PAUL J. CASEY AND PETER A. MARTIN

                                                                             By    */s/ Nancy Frankel Pelletier*
                                                                             Nancy Frankel Pelletier, Esq., of
                                                                             Robinson Donovan, P.C.
                                                                             1500 Main Street, Suite 1600
                                                                             Springfield, Massachusetts 01115
                                                                             Phone (413) 732-2301  Fax (413) 785-4658
                                                                             BBO No.:  544402

390028