UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30143-MAP

| | |
|---|---|
| FRANK R. SAIA, individually and as Administrator of the FRANK R. SAIA DEFINED BENEFIT PENSION PLAN, LIMITED DIVIDEND CORPORATION OF WESTFIELD, and CITY VIEW COMMONS CONDOMINIUM TRUST,<br>    Plaintiffs<br>vs.<br><br>CITY OF WESTFIELD ZONING BOARD MEMBER (John and Jane Does #1-10), CITY COUNCIL MEMBERS (John and Jane Does #1-10), CHARLES KELLOGG, (former Inspector of Buildings of the City), DONALD C. YORK (Superintendent of Buildings), JAMES BOARDMAN (Community Development Director), DAN REARDON (Director of Public Health), PAUL J. CASEY (Assistant City Solicitor), and PETER A. MARTIN (Assistant City Solicitor), all Defendants named individually and in their official capacity,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION FOR EXTENSION OF TIME**

NOW COME the defendants in the above-captioned matter and respectfully move this Court to extend the time within which it has to file their response to the plaintiffs' Complaint for sixty (60) days from the date of a ruling hereon. As grounds therefor and in support thereof, the defendants state that they initially filed a Motion to Stay this matter pending the decision of the state court in connection with two matters presently pending therein. The Court has issued an Order and, as such, that motion is moot. The defendants note, however, that the plaintiff chose to serve this matter by sheriff rather than in accordance with the Federal Rules of Civil Procedure

389350

which would have authorized sixty (60) days for the defendants to file their response to said Complaint. The defendants anticipate filing a dispositive motion and respectfully request sixty (60) days within which to prepare and serve the same. The defendants further note that representations were made during the hearing before the state court which have bearing on this case and it will be necessary for the defendants to order a transcription of the audio tape for potential consideration in the initial dispositive motion. In the event that the transcription cannot take place within the time period requested, the defendants will immediately alert the Court and potentially request additional time or seek an alternative method for the introduction of admissions proffered during that hearing.

Finally, the defendants note that the plaintiffs can claim no prejudice as a result of this request inasmuch as they filed this action in August, 2004 and waited until the expiration of time for service in accordance with the Federal Rules to serve the same.

WHEREFORE, based upon the foregoing, the defendants respectfully request an extension of sixty (60) days from the allowance of this motion within which to file their response to the plaintiffs' Complaint.

THE DEFENDANTS, CITY OF WESTFIELD, CHARLES KELLOGG, DONALD C. YORK, JAMES BOARDMAN, DAN REARDON, PAUL J. CASEY AND PETER A. MARTIN

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

389350