**Stephen V. Saia, Esq.**
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359
781 826-8401 (t)
617 823-1676 (m)
775 201-8079 (f)
saialaw@earthlink.net

January 25, 2005

**By Facsimile (413 785-4658)**
Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
P.O. Box 15609
Springfield, MA 01115-5609

Re:   *Frank R. Saia, et al. v. City of Westfield, et al.*, CA 04-30143-MAP (D. Mass.),

Dear Ms. Pelletier:

I have reviewed your fax dated January 24, 2005 and your motion for an extension of time. I do not consent to the extension of time.

Your request unnecessarily delays your response to the *Complaint* while you await a copy of the transcript of the hearing before the Housing Court on January 4, 2005. There were no admissions or representation made during that hearing that change the allegations in the *Complaint* to which you must respond. There is also no requirement that I serve the defendants under Rule 4(d) allowing you 60 days to respond under 4(d)(3).

Furthermore, plaintiffs are clearly prejudiced by any further delay. The City's Enforcement Action, the Individual's Defendants' conduct and the Housing Court's order on summary judgment are all *patently* contrary to well established law from the Supreme Judicial Court, the Massachusetts Appeals Court and the First Circuit. The City continues to deny all use and now seeks to condemn the same property interests that it approved 13 years ago when it issued valid permits for the construction of City View Commons. The City's actions have resulted in continued waste of the property, while at the same time the City has taxed the property and engaged in clear violations of plaintiffs' civil rights.

Sincerely,

Stephen V. Saia

cc:   Frank R. Saia, Esq.