UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30143-MAP

FRANK R. SAIA, individually and as )
Administrator of the FRANK R. SAIA )
DEFINED BENEFIT PENSION PLAN, )
LIMITED DIVIDEND CORPORATION )
OF WESTFIELD, and CITY VIEW )
COMMONS CONDOMINIUM TRUST, )
    Plaintiffs )
vs. )
 )
CITY OF WESTFIELD ZONING BOARD )
MEMBER (John and Jane Does #1-10), )
CITY COUNCIL MEMBERS (John and )
Jane Does #1-10), CHARLES KELLOGG, )
(former Inspector of Buildings of the City), )
DONALD C. YORK (Superintendent of )
Buildings), JAMES BOARDMAN )
(Community Development Director), DAN )
REARDON (Director of Public Health), )
PAUL J. CASEY (Assistant City Solicitor), )
and PETER A. MARTIN (Assistant City )
Solicitor), all Defendants named individually )
and in their official capacity, )
    Defendants )

## DEFENDANTS' BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _____
Mayor Richard K. Sullivan, Jr.
Authorized Representative of
City of Westfield
Municipal Building
59 Court Street
Westfield, MA 01085
Phone (413) 572-6200

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone (413) 732-2301
Fax (413) 785-4658
BBO # 544402

DATED: 2/14/05

390034