UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30143-MAP

| | |
|---|---|
| FRANK R. SAIA, individually and as Administrator of the FRANK R. SAIA DEFINED BENEFIT PENSION PLAN, LIMITED DIVIDEND CORPORATION OF WESTFIELD, and CITY VIEW COMMONS CONDOMINIUM TRUST,<br>    Plaintiffs<br>vs.<br><br>CITY OF WESTFIELD ZONING BOARD MEMBER (John and Jane Does #1-10), CITY COUNCIL MEMBERS (John and Jane Does #1-10), CHARLES KELLOGG, (former Inspector of Buildings of the City), DONALD C. YORK (Superintendent of Buildings), JAMES BOARDMAN (Community Development Director), DAN REARDON (Director of Public Health), PAUL J. CASEY (Assistant City Solicitor), and PETER A. MARTIN (Assistant City Solicitor), all Defendants named individually and in their official capacity,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION TO DISMISS**

NOW COME the defendants and respectfully move this Court to dismiss the action pending against them.

As grounds therefore and in support thereof, the defendants state that the statute of limitations precludes the instant case from proceeding; the doctrine of *res judicata* and/or collateral estoppel applies so as to require a dismissal; qualified immunity precludes the imposition of liability and/or the plaintiff has failed to articulate cognizable causes of action.

396060

As further grounds and in further support, the defendants attach hereto and incorporate by reference their Memorandum in Support of the instant motion.

WHEREFORE, the defendants respectfully request that the complaint as against them be dismissed.

> THE DEFENDANTS
> CHARLES KELLOGG, DONALD C. YORK, JAMES BOARDMAN, DAN REARDON, PAUL J. CASEY AND PETER A. MARTIN
>
> By   */s/ Nancy Frankel Pelletier*
> Nancy Frankel Pelletier, Esq., of
> Robinson Donovan, P.C.
> 1500 Main Street, Suite 1600
> Springfield, Massachusetts 01115
> Phone (413) 732-2301  Fax (413) 785-4658
> BBO No.:  544402

396060