# CASSETTE TAPE HAS BEEN

# FILED DIRECTLY WITH COURT