UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| FRANK R. SAIA, individually and as Administrator of the FRANK R. SAIA DEFINED BENEFIT PENSION PLAN, LIMITED DIVIDEND CORPORATION OF WESTFIELD, and CITY VIEW COMMONS CONDOMINIUM TRUST,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF WESTFIELD, ZONING BOARD MEMBERS (John and Jane Does #1-10), CITY COUNCIL MEMBERS (John and Jane Does #1-10), CHARLES KELLOGG, (former Inspector of Buildings of the City), DONALD C. YORK (Superintendent of Buildings), JAMES BOARDMAN (Community Development Director), DAN REARDON (Director of Public Health), PAUL J. CASEY (Assistant City Solicitor), and PETER A. MARTIN (Assistant City Solicitor), all Defendants named individually and in their official capacity,<br><br>          Defendants. | Civil Action No. 04-30143-MAP |

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

      Plaintiffs hereby move this court to extend the time from April 14, 2005 to May 2, 2005 for plaintiffs to respond to defendants' motion to dismiss the complaint. Plaintiffs have requested a short two week extension of the current deadline to fully address the issues raised by defendants' motion and to accommodate the scheduling of other matters. **Ex. 1**. Previously, this

court granted to defendants an extension to respond to the complaint. Pursuant to Local Rule 7.1, defendants have assented to this motion.

Accordingly, plaintiffs request that this court grant plaintiffs' motion to extend time to respond to defendants' motion to dismiss the complaint from April 14, 2005 to May 2, 2005.

Dated: April 5, 2005                                   Attorney for Saia Defendants

/ss/ Stephen V. Saia
Stephen V. Saia, BBO No. 562009
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359
(781) 826-8401

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, plaintiffs hereby certify that on Friday April 1, 2005, counsel for plaintiffs left a voice mail and sent a confirming letter by fax to counsel for defendants, Nancy Frankel Pelletier, requesting the extension. On Monday April 4, 2005, Attorney Pelletier through her representative assented to this motion by phone.

Dated: April 5, 2005

/ss/ Stephen V. Saia

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2005, I delivered a copy of the above document to:

Nancy Frankel Pelletier                              Electronic Notification and First Class Mail
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
P.O. Box 15609,
Springfield, MA 01105

Dated: April 5, 2005                                  /ss/ Stephen V. Saia

2