**Stephen V. Saia, Esq.**
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359
781 826-8401 (t)
617 823-1676 (m)
775 201-8079 (f)
saialaw@earthlink.net

April 1, 2005

**By Facsimile (413 785-4658)**
Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
P.O. Box 15609
Springfield, MA 01115-5609

**Re:** *Frank R. Saia, et al. v. City of Westfield, et al.*, **CA 04-30143-MAP (D. Mass.),**

Dear Ms. Pelletier:

Confirming my voice mail to you today, plaintiffs have requested that defendants stipulate to an extension to Monday May 2, 2005 to respond to defendants' motion to dismiss the complaint.

Alternatively, if you do not stipulate to the requested extension, pursuant to Rule 7.1, plaintiffs request that you assent to a Motion to Extend Time to respond to defendants' motion to dismiss. If you do not assent, please indicate whether you will oppose such motion to extend time. The two week extension to May 2, 2005 is reasonable and does not prejudice defendants in any way.

Please advise me no later than noon on Monday April 4th or I will be forced to file the motion to extend time.

Sincerely,

/ss/ Stephen V. Saia
Stephen V. Saia

cc:     Frank R. Saia, Esq.