# United States District Court

_____ DISTRICT OF _____

FRANK R. SAIA, Individually and as Administrator
of the FRNAK R. SAIA DEFINED BENEFIT PENSION PLAN,
LIMITED DIVIDEND CORPORATION OF WESTFIELD, and
CITY VIEW COMMONS CONDOMINIUM TRUST
     Plaintiffs.
           V.

CITY OF WESTFIELD, ZONING BOARD MEMBERS (John and
Jane Does #1-10), CITY COUNCIL MEMBERS (John and
Jane Does #1-10), CHARLES KELLOGG, (Former Inspector
of Buildings of the City), DONALD C. YORK (Superintendent
of Buildings), JAMES BOARDMAN (Community Development Director),
DAN REARDON (Director of Public Health), PAUL J. CASEY (Assistant
City Solicitor) and PETER A. MARTIN (Assistant City Solicitor) all Defendants named individual
and in their official capacity

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

CITY COUNCIL MEMBERS
59 Court Street
Westfield, MA

**04 - 30143 - MAP**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen V. Saia, Esq.
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359
Tel. (781) 826-8401

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 8/4/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
            Date                  Signature of Server

                                _____
                                Address of Server

---

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

November 29, 2004

By virtue of this writ I have made diligent search for the within-named CITY COUNCIL MEMBERS and for his/her/its last and usual place of abode, 59 COURT ST., WESTFIELD, MA 01085 and for his tenant, agent, or attorney, but could not find him/her/it within this county, I therefore return this writ without service. Mailing1 ($1.00), DILIGENT SEARCH ($4.00) Total Charges $5.00

WE WERE UNABLE TO LOCATE THE CITY COUNCIL MEMBERS AND ATTY. WOULD NOT ACCEPT SERVICE.

_David Tenney_
Deputy Sheriff

Deputy Sheriff DAVID K. TENNEY

# United States District Court

_____ DISTRICT OF _____

FRANK R. SAIA, Individually and as Administrator
of the FRNAK R. SAIA DEFINED BENEFIT PENSION PLAN,
LIMITED DIVIDEND CORPORATION OF WESTFIELD, and
CITY VIEW COMMONS CONDOMINIUM TRUST
       Plaintiffs.
           V.
CITY OF WESTFIELD, ZONING BOARD MEMBERS (John and
Jane Does #1-10), CITY COUNCIL MEMBERS (John and
Jane Does #1-10), CHARLES KELLOGG, (Former Inspector
of Buildings of the City), DONALD C. YORK (Superintendent
of Buildings), JAMES BOARDMAN (Community Development Director),
DAN REARDON (Director of Public Health), PAUL J. CASEY (Assistant
City Solicitor) and PETER A. MARTIN (Assistant City Solicitor) all Defendants named individua
and in their official capacity

**04 - 30143 - MAP**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

    ZONING BOARD MEMBERS
    59 Court Street
    Westfield, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Stephen V. Saia, Esq.
    Law Offices of Stephen V. Saia
    70 Old Cart Path Lane
    Pembroke, MA  02359
    Tel. (781) 826-8401

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 8/4/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

November 29, 2004

I hereby certify and return that on 11/29/2004 at 09:00 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to NORMA HEGGIE, person in charge at the time of service for ZONING BOARD MEMBERS, , 59 COURT ST., WESTFIELD, MA 01085.Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $44.46

_____
Deputy Sheriff

Deputy Sheriff DAVID K. TENNEY

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.