
Exhibit 20

BOOK 6861 PAGE 562

(16) Grant or withhold approval of any action which changes the exterior appearance of the Condominium, alters any portion of the Common Elements, or affects the structural or mechanical integrity of a Building, its fixtures and appliances, following Notice and Hearing;

(17) Generally, in all matters not herein otherwise specified, to control, manage and dispose of the Trust property as if the Trustees were the absolute Owners thereof and to do any and all acts, including the execution of any instrument, which by their performance thereof shall be shown to be in their judgment for the best interest of the Unit Owners; and the Trustees shall, in the exercise and fulfillment of the powers and provisions set forth in this ARTICLE V provide for the necessary maintenance, repair, and replacement of the Common Elements and payment therefor from the Trust property;

(18) Take such steps, including the expenditure of funds, to protect and preserve the Common Elements; and

(19) Conduct litigation or other proceedings and to sue or conduct any other course of action involving the Common Elements or arising out of the enforcement of the Bylaws or Rules and Regulations promulgated pursuant thereto, or restrictions in the Master Deed.

Section 5.3 Maintenance and Repair of Units.

(1) Each Unit Owner shall be responsible for the proper maintenance, repair and replacement of his Unit and the maintenance, repair and replacement of utility fixtures serving the same which are not part of the Common Area, including screens and storm windows, if any, window trim, doors, door frames, door hardware and door trim, plumbing and sanitary waste fixtures and fixtures for water and other utilities, electrical fixtures and outlets, air conditioning equipment and all wires, pipes, drains and conduits for water, sewage, electric power and light, telephone, cable television and other utility services which are contained solely within and serve only such Unit. In addition, each Unit Owner shall be responsible for the maintenance and nonstructural repairs to the Limited Common Areas appurtenant to his Unit, including but not limited to removal of snow, ice and leaves from the Unit or its appurtenant Limited Common Areas. Each Unit Owner shall be responsible for all damages to any and all other Units caused by his failure to satisfy his maintenance, repair and/or replacement obligations hereunder;

(2) If the Trustees shall at any time determine in their reasonable judgment that a Unit or its appurtenant Limited Common Areas are in such need of maintenance or repair that the market value of one or more other Units is being adversely affected or that the condition of a Unit or any fixtures, furnishing, facility or equipment therein is hazardous to any Unit or the occupants thereof, the Trustees shall make a written request that the Unit Owner perform the needed maintenance, repair or replacement or correct the hazardous condition; if such work shall not have been commenced within fifteen (15) days (or such reasonably shorter period in case of emergency as the Trustees shall determine) of such

-8-