COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

HAMPDEN, SS.                                  HOUSING COURT DEPARTMENT
                                              WESTERN DIVISION

                                              Civil Action No. 02 CV 45

FRANK R. SAIA, TRUSTEE OF
FRANK R. SAIA DEFINED BENEFITS
PENSION TRUST,
        PLAINTIFF

VS.                                           COMPLAINT

CITY OF WESTFIELD BY ITS ZONING
BOARD OF APPEALS AND ITS
MEMBERS OF ZONING BOARD
OF APPEAL,
        DEFENDANT

1. The Plaintiff has an usual place of business at 106 State Street, Springfield, Hampden County, Massachusetts.

2. The Defendant City of Westfield is a duly organized municipal government with an usual place of business at 59 Court Street, Westfield, in said Hampden County. The Zoning Board of Appeals is a governmental body that is part of the municipal government of the City of Westfield and the members of the Zoning Board of Appeals as they may be so named individually are residents of the City of Westfield and constitute the body of the Zoning Board of Appeals.

3. The plaintiff states that a certain petition or application that the plaintiff brought before the Zoning Board of Appeals in about October 2001 regarding an appeal of the denial of building permits for certain lots or parcels located at the development located at and known as 136 City View Road in said Westfield; and that the said Zoning Board of Appeals by its decision dated January 2, 2002 denied such appeal, hence upholding the decision of the building commissioner for the City of Westfield.

4.  The Plaintiff appeals the decision of this Zoning Board of Appeals and seeks judicial review based upon the plaintiff's assertions that the decision of the Zoning Board of Appeals was made both against the facts and the applicable law.

Wherefore, the Plaintiff seeks a judicial determination in which said decision of the Zoning Board of Appeals is reversed and that an order be entered allowing such building permits.

           THE PLAINTIFF,

           By his attorneys

           FEIN, PEARSON & EMOND, PC

           John E. Pearson
           52 Mulberry Street
           Springfield, MA 01105
           413-781-5400
           BBO#392760
           February 1, 2002