✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FRANK SAIA, et al.

V.

CITY OF WESTFIELD, et al.

**NOTICE**

CASE NUMBER: 04-30143-MAP

TYPE OF CASE:

☒ **CIVIL**        **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
|  | June 29, 2005, at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON MOTION TO DISMISS

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 18, 2005                          /s/                    /s/ Bethaney A. Healy
DATE                                        (BY) DEPUTY CLERK

TO:   ALL COUNSEL OF RECORD