COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                      HOUSING COURT DEPARTMENT
                                                  WESTERN DIVISION

| | |
|---|---|
| CITY OF WESTFIELD, BUILDING COMMISSIONER,<br>　　Plaintiff<br><br>　　　v.<br><br>FRANK R. SAIA, ADMINISTRATOR OF THE FRANK R. SAIA DEFINED BENEFIT PENSION PLAN, RALPH SMITH, AND BENJAMIN RIVARD,<br>　　Defendants | VERIFIED COMPLAINT AND REQUEST FOR TEMPORARY RESTRAINING ORDER |

1. The Plaintiff, Donald C. York, Building Commissioner of the City of Westfield, 59 Court Street, Westfield, MA is the enforcement officer of the State Building Code, M.G.L. c. 40A (the Zoning Act), and the City of Westfield Zoning Ordinance.
2. The Defendant, Frank R. Saia, Administrator of the Frank R. Said Defined Benefit Pension Plan, has offices located at 106 State Street, Springfield, MA.
3. The Defendant, Ralph Smith, is a person living at 45 Brae Road, Springfield, MA.
4. The Defendant, Benjamin Rivard, is a person living at 70 Reddin Road, Springfield, MA.
5. On or about November 16, 1993, Defendant Sais applied for a building permit for property located at 136 City View Road.
6. The application was denied by Charles Kellogg, at the time building Commissioner for the City of Westfield.
7. The Defendant Saia appealed the denial of the building permit to the Westfield Zoning Board of Appeals (ZBA).
8. The ZBA upheld the building Commissioner's denial of the building permit, said decision being filed with the Westfield City Clerk on or about May 18, 1994.
9. No further building permits have been issued for 136 City View Road.
10. On or about September 8, 2000, the Defendant Saia performed, or caused to be performed, construction work on the property at 136 City View Road.
11. On September 8, 2000, the Plaintiff Building Commissioner posted a Stop Work Notice on the premises.

12. On September 30, 2000, the Plaintiff Building Commissioner found that the Notices had been torn down.
13. On September 30, 2000, the Plaintiff Building Commissioner posted Stop Work Notices on each of the abandoned buildings on the site.
14. The Plaintiff Building Commissioner visited the site on September 8, 2000, September 21, 2000, September 30, 2000, October 2, 2000, October 5, 2000, October 7, 2000, October 10, 2000, and October 11, 2000.
15. On all of the above occasions the Plaintiff Building Commissioner found that construction work had been performed on the premises.
16. On September 30, 2000, October 7, 2000, October 10, 2000, and October 11, 2000 the Plaintiff Building Commissioner observed persons doing construction work on the premises.
17. The construction work included roof construction and installation of windows.
18. On September 30, 2000, October 7, 2000, October 10, 2000, and October 11, 2000, the Defendant Ralph Smith was observed performing construction work at the site.
19. Each time, the Defendant was told that he was performing construction work in violation of the Stop Work Order and without a building permit.
20. On October 11, 2000, the Defendant Benjamin Rivard was observed performing construction work at the site.
21. Mr. Rivard was informed that he was acting in violation of a Stop Work Order and without a building permit.
22. On October 11, 2000, Defendant Saia was observed directing construction work at the site.
23. Mr. Saia performed, and caused to be performed, construction work at the site in knowing violation of a Stop Work Order.
24. On October 5, 2000, Plaintiff Building Commissioner issued a Notice of Condemnation of the buildings located at 136 City View Road.
25. On September 21, 2000, Plaintiff Building Commissioner filed an application for a Show Cause Order in the Western District of the Housing Court.
26. At a hearing on October 10, 2000, a criminal complaint issued in regard to the above matter.
27. Despite all the foregoing, Defendant Saia continued, and persists in continuing to perform construction work on the premises.

WHEREFORE, the Plaintiff, Building Commissioner requests the following:

1. An immediate temporary restraining order prohibiting Defendants Said, Smith and Rivard, and/or their agents, from performing any work on the premises;
2. A fine of $1,000.00 for each violation of the State Building Code and/or violation of the Stop Work Orders for each day during which any portion of a violation occurs constituting a separate offense, and
3. Any legal and/or equitable relief the Court deems appropriate.

Under the pains and penalties of perjury I hereby state that the above statements are true tot he best of my knowledge.

Plaintiff, Donald C. York  
City of Westfield Building Commissioner

_____                    _____  
Date

_____  
L. Dorothea MacNeil, Esq..  
City of Westfield  
59 Court Street  
Westfield, MA 01085  
BBO# 312200  
(413) 572-6260