# City of Westfield, Massachusetts

## ZONING BOARD OF APPEALS

January 7, 2002

Frank R. Saia J. D.
106 State Street
Springfield, MA 01103

Re: Zoning Board of Appeals Application

Dear Sir:

At a meeting of the Zoning Board of Appeals on Wednesday, January 2, 2002
we were advised by the Building Inspector that a preliminary injunction is in full
force and effect. The secondary reason is the appeal was filed late, 36 days.
Therefore, the Zoning Board of Appeals cannot accept your application.

Very truly yours,

William L. Burgoyne
Chairman

WLB/n

Cert. #7000 1670 0009 3652 4136

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front If space permits. | A. Signature <br> X *Carla Chacon*    ☐ Agent   ☐ Addressee <br> B. Received by ( Printed Name)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> Frank Saia J.D. <br> 106 State St. <br> Springfield, MA 01103 | D. Is delivery address different from Item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
|  | 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☑ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7000 1670 0009 3652 4136 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509