RECEIVED FEB 05 2002

EXHIBIT 8

COMMONWEALTH OF MASSACHUSETTS
HOUSING COURT DEPARTMENT OF THE TRIAL COURT

HAMPDEN, SS

WESTERN DIVISION
NO. 00-CV-0501A

CITY OF WESTFIELD, by and )
Through its Superintendent of )
Building as Building Commissioner )
and Zoning Enforcement Officer )
and it's Board of Health, )
    Plaintiff )
 )
vs. )
 )
FRANK R. SAIA, Individually )
And as Administrator of the )
FRANK R. SAIA DEFINED )
BENEFIT PENSION PLAN, )
LIMITED DIVIDEND )
CORPORATION OF WESTFIELD )
CITY VIEW COMMONS )
CONDOMINIUM TRUST, )
DAVID ALLEN and GENE SPEAR )
    Defendants. )

## ORDER ON PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION

This action was commenced on October 13, 2000 by the City of Westfield seeking relief, including preliminary injunctive relief, based upon allegations that construction work was being performed at 136 City View Road, Westfield, without first obtaining the required building permits and in violation of City-issued stop work orders. On November 1, 2000 the Court granted a preliminary injunction prohibiting Defendants Frank R. Saia, the Frank R. Saia Defined Benefit Pension Plan and Limited Dividend Corporation of Westfield from performing any work of any description at 136 City View Road. The City has filed an Amended Complaint naming additional parties and seeking additional relief.

This action came on for hearing on January 22, 2002 on Plaintiff's Motion for Preliminary Injunction. All parties were present.

Plaintiff seeks two orders. It seeks to enjoin Defendants Saia, Frank R. Saia Defined Benefit Pension Plan and Limited Dividend Corporation of Westfield from filing applications for certain building and other permits regarding the property at 136 City View Road. Separately, it seeks to enjoin Defendants Saia, Frank R. Saia Defined Benefit Pension Plan and Gene Spear from occupying, or allowing the occupancy, of Unit 4 located at 136 City View Road.

At hearing Plaintiff presented evidence by way of affidavits and presented argument in support of its motion for injunctive relief. Defendants Saia and Frank R. Saia Defined Benefit Pension Plan argued that the scope of the requested relief is too broad and may unduly prejudice Defendants' interests. Upon questioning by the Court counsel for the City and counsel for the Defendants Saia and the Frank R. Saia Defined Benefit Pension Plan agreed upon certain facts and forms of preliminary relief. Those agreements form the basis for this Order. It is, therefore, hereby Ordered by the Court as follows:

1. Defendants Frank R. Saia, Frank R. Saia Defined Benefit Pension Plan and Limited Dividend Corporation of Westfield are hereby prohibited from filing any application for any building permit or other such permit by whatever name so called, which permit is required to be issued by the City of Westfield in order for the enjoined Defendants to lawfully conduct repairs, renovations or construction at or about 136 City View Road, Westfield.

2. The issuance of this injunction shall not preclude the Defendants so enjoined from filing such Complaint as they deem necessary to seek judicial review of the denial, by the City Building Commissioner, of an application for a building permit or permits as upheld by action of the City Zoning Board of Appeals on January 2, 2002.

3.  The preliminary injunction entered November 1, 2000 remains in full force and effect. Upon final disposition of this dispute on its merits, should the Court vacate its preliminary injunction as entered on November 1, 2000 then, in such event, any period of time that passes between the date this Order is entered, to wit: January 22, 2002, and the date the Court vacates the November 1, 2000 preliminary injunction, shall be excluded from any time computations used to determine the timeliness of submission of such special permit applications to the Westfield Planning Board as the enjoined Defendants would otherwise have been entitled to submit but for the issuance of this preliminary injunction.

It is further Ordered that the preliminary injunction requested against Defendants Saia, Frank R. Saia Defined Benefit Pension Plan and Gene Spear seeking to enjoin further occupancy of Unit 4 of 136 City View Road is denied, based upon the assurances provided to the Court at hearing.

Ordered and entered this 22nd day of January, 2002.

*William W. Abrashkin*
William H. Abrashkin
First Justice