

Affidavit of Photographer Don Couture    August 7, 2006

I, Don Couture, of Aerial Photography on oath

do swear that the attached photograph is a true and accurate representation

of City View Commons, a 25 acre site on 136 City View Road, Westfield, Massachusetts

as of 1/09/04.

I am a photographer, and I certify that I took the picture from the air

and the picutre is a fair and accurate representation of the property as

it existed on 1/09/04.

Signed under the pains and penalties of perjury this 16th Day of August, 2006.

_____
Don Couture  :Signature
Aerial Photography Job No: 2721
PO Box 437
East Windsor, Ct 06088
1-8009SKY-SHOT    1-860-289-7395

1800Skyshot.com


State of Connecticut
Hartford County                         August   , 2006

Then appeared Don Couture a person known to me who under oath

did swear the above signature to be his free act and deed before me.

_____
Notary Public                     SUSHEEL SAREEN
My Commission Expires:            NOTARY PUBLIC
                                  MY COMMISSION EXPIRES 10/31/2010





© 2006 NAVTEQ | © 2006 GlobeXplorer and Suppliers

| # | Address | Home Type | BR | BA | Zestimate™ | Home (sq ft) | Lot (sq ft) | Year Built | Date Sold |
|---|---|---|---|---|---|---|---|---|---|
| | 136 City View Rd UNIT #25 | Condo | -- | -- | $210,667 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #24 | Condo | -- | -- | $210,660 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #23 | Condo | -- | -- | $210,588 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #22 | Condo | -- | -- | $210,572 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #21 | Condo | -- | -- | $210,711 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #20 | Condo | 3 | 2 | $96,825 | 1,754 | -- | 1988 | -- |
| | 136 City View Rd UNIT #19 | Condo | 3 | 2.5 | $96,854 | 1,754 | -- | 1988 | -- |
| | 136 City View Rd UNIT #18 | Condo | 3 | 2.5 | $91,759 | 1,332 | -- | 1988 | -- |
| | 136 City View Rd UNIT #17 | Condo | 3 | 2.5 | $96,849 | 1,754 | -- | 1988 | -- |

http://www.zillow.com/search/Search.z?addrstrthood=136+City+view+Ave&citystatezip=...　　2/21/2006

| Address | Type | Beds | Baths | Price | SqFt | | Year | |
|---|---|---|---|---|---|---|---|---|
| 136 City View Rd UNIT #16 | Condo | 2 | 2.5 | $98,751 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #15 | Condo | 3 | 2.5 | $91,810 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #14 | Condo | 3 | 2.5 | $91,805 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #13 | Condo | 3 | 2.5 | $91,707 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #12 | Condo | 3 | 2.5 | $91,706 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #11 | Condo | -- | -- | $210,568 | -- | -- | -- | -- |
| 136 City View Rd UNIT #10 | Condo | -- | -- | $210,579 | -- | -- | -- | -- |
| 136 City View Rd UNIT #9 | Condo | -- | -- | $210,672 | -- | -- | -- | -- |
| 136 City View Rd UNIT #8 | Condo | -- | -- | $210,674 | -- | -- | -- | -- |
| 136 City View Rd UNIT #7 | Condo | -- | -- | $210,628 | -- | -- | -- | -- |
| 136 City View Rd UNIT #6 | Condo | 3 | 2.5 | $91,714 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #5 | Condo | 3 | 2.5 | $91,708 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #4 | Condo | 3 | 2.5 | $91,706 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #3 | Condo | 3 | 2.5 | $95,976 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #2 | Condo | 3 | 2.5 | $91,704 | 1,332 | -- | 1988 | -- |
| 136 City View Rd UNIT #1 | Condo | 3 | 2 | $96,741 | 1,754 | -- | 1988 | -- |

© 2006 Zillow.com, All Rights Reserved





Showing 25 homes at 136 City View Ave, Westfield, MA

© 2006 NAVTEQ | © 2006 GlobeXplorer and Suppliers

| # | Address | Home Type | BR | BA | Zestimate™ | Home (sq ft) | Lot (sq ft) | Year Built | Date Sold |
|---|---|---|---|---|---|---|---|---|---|
| 🏠 | 136 City View Rd UNIT #25 | Condo | -- | -- | $210,667 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #24 | Condo | -- | -- | $210,660 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #23 | Condo | -- | -- | $210,588 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #22 | Condo | -- | -- | $210,572 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #21 | Condo | -- | -- | $210,711 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #20 | Condo | 3 | 2 | $96,825 | 1,754 | -- | 1988 | -- |
| 🏠 | 136 City View Rd UNIT #19 | Condo | 3 | 2.5 | $96,854 | 1,754 | -- | 1988 | -- |
| 🏠 | 136 City View Rd UNIT #18 | Condo | 3 | 2.5 | $91,759 | 1,332 | -- | 1988 | -- |
| 🏠 | 136 City View Rd UNIT #17 | Condo | 3 | 2.5 | $96,849 | 1,754 | -- | 1988 | -- |





Showing 25 homes at 136 City View Ave, Westfield, MA

© 2006 NAVTEQ | © 2006 GlobeXplorer and Suppliers

| # | Address | Home Type | BR | BA | Zestimate™ | Home (sq ft) | Lot (sq ft) | Year Built | Date Sold |
|---|---|---|---|---|---|---|---|---|---|
| 🏠 | 136 City View Rd UNIT #25 | Condo | -- | -- | $210,667 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #24 | Condo | -- | -- | $210,660 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #23 | Condo | -- | -- | $210,588 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #22 | Condo | -- | -- | $210,572 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #21 | Condo | -- | -- | $210,711 | -- | -- | -- | -- |
| 🏠 | 136 City View Rd UNIT #20 | Condo | 3 | 2 | $96,825 | 1,754 | -- | 1988 | -- |
| 🏠 | 136 City View Rd UNIT #19 | Condo | 3 | 2.5 | $96,854 | 1,754 | -- | 1988 | -- |
| 🏠 | 136 City View Rd UNIT #18 | Condo | 3 | 2.5 | $91,759 | 1,332 | -- | 1988 | -- |
| 🏠 | 136 City View Rd UNIT #17 | Condo | 3 | 2.5 | $96,849 | 1,754 | -- | 1988 | -- |



© 2006 NAVTEQ | © 2006 GlobeXplorer and Suppliers

| # | Address | Home Type | BR | BA | Zestimate™ | Home (sq ft) | Lot (sq ft) | Year Built | Date Sold |
|---|---|---|---|---|---|---|---|---|---|
| | 136 City View Rd UNIT #25 | Condo | -- | -- | $210,667 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #24 | Condo | -- | -- | $210,660 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #23 | Condo | -- | -- | $210,588 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #22 | Condo | -- | -- | $210,572 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #21 | Condo | -- | -- | $210,711 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #20 | Condo | 3 | 2 | $96,825 | 1,754 | -- | 1988 | -- |
| | 136 City View Rd UNIT #19 | Condo | 3 | 2.5 | $96,854 | 1,754 | -- | 1988 | -- |
| | 136 City View Rd UNIT #18 | Condo | 3 | 2.5 | $91,759 | 1,332 | -- | 1988 | -- |
| | 136 City View Rd UNIT #17 | Condo | 3 | 2.5 | $96,849 | 1,754 | -- | 1988 | -- |





Showing 25 homes at 136 City View Ave, Westfield, MA

© 2006 NAVTEQ | © 2006 GlobeXplorer and Suppliers

| # | Address | Home Type | BR | BA | Zestimate™ | Home (sq ft) | Lot (sq ft) | Year Built | Date Sold |
|---|---|---|---|---|---|---|---|---|---|
| | 136 City View Rd UNIT #25 | Condo | -- | -- | $210,667 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #24 | Condo | -- | -- | $210,660 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #23 | Condo | -- | -- | $210,588 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #22 | Condo | -- | -- | $210,572 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #21 | Condo | -- | -- | $210,711 | -- | -- | -- | -- |
| | 136 City View Rd UNIT #20 | Condo | 3 | 2 | $96,825 | 1,754 | -- | 1988 | -- |
| | 136 City View Rd UNIT #19 | Condo | 3 | 2.5 | $96,854 | 1,754 | -- | 1988 | -- |
| | 136 City View Rd UNIT #18 | Condo | 3 | 2.5 | $91,759 | 1,332 | -- | 1988 | -- |
| | 136 City View Rd UNIT #17 | Condo | 3 | 2.5 | $96,849 | 1,754 | -- | 1988 | -- |