# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

FRANK R. SAIA, ET AL,

    Plaintiff(s)

        v.                        CIVIL ACTION NO. 3:04-30143 -MAP

CITY OF WESTFIELD, ET AL,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants City of Westfield, et al, against the plaintiffs Frank R. Saia, et al, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                                **SARAH A. THORNTON**,
                                                CLERK OF COURT

Dated: September 27, 2006        By /s/ *Maurice G. Lindsay*
                                               Maurice G. Lindsay
                                               Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                       [jgm.]